TIMOTHY COURCHAINE
United States Attorney
District of Arizona
AUSTIN L. FENWICK
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Tele: 520-620-7300
Email: austin.fenwick@usdoj.gov
Attorneys for Plaintiff

CR25-05134 TUC-JCH(JEM)

FILED
2025 NOV 25 PM 12: 31
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

VICTIM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | |
|---|---|
| Plaintiff, | **I N D I C T M E N T** |
| vs. | Violations: |
| Oswaldo Ajqui-Ruiz, | 18 USC §§ 111(a)(1) & (b)<br>Assault on a Federal Officer)<br>Count 1 |
| Defendant. | 8 USC § 1326(a)<br>Illegal Re-entry<br>Count 2 |
| | 18 USC § 32(a)(1)<br>Destruction of aircraft or aircraft facilities<br>Count 3 |
| | 18 USC 32(a)(5)<br>Destruction of aircraft or aircraft facilities<br>Count 4 |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On or about October 28, 2025, at or near Sasabe, in the District of Arizona, OSWALDO AJQUI-RUIZ did intentionally and forcibly assault Air Interdiction Agent M.E., an officer of the United States, while he was engaged in and on account of the performance of his official duties, using a deadly or dangerous weapon, to wit: throwing a rock that struck a helicopter piloted by Agent M.E., intentionally threatening Agent M.E. with an apparent ability to inflict injury and causing reasonable apprehension of immediate bodily harm; in violation of Title 18, United States Code, Sections 111 (a)(l) & (b).

**COUNT 2**

On or about October 28, 2025, at or near Sasabe, in the District of Arizona, OSWALDO AJQUI-RUIZ, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Alexandria, Louisiana on January 29, 2025, and without obtaining the express consent of the Attorney General, or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

**COUNT 3**

On or about October 28, 2025, at or near Sasabe, in the District of Arizona, OSWALDO AJQUI-RUIZ did intentionally cause damage to an aircraft operated by United States Customs and Border Protection, to wit: throwing a rock that struck a helicopter piloted by Air Interdiction Agent M.E., causing damage to the front wind screen and forward helicopter blade; in violation of Title 18, United States Code, Section 32 (a)(l).

**COUNT 4**

On or about October 28, 2025, at or near Sasabe, in the District of Arizona, OSWALDO AJQUI-RUIZ did intentionally interfere with or disable an aircraft operated by United States Customs and Border Protection, to wit: throwing a rock that struck a helicopter piloted by Air Interdiction Agent M.E., causing damage to the front wind screen and forward helicopter

///

blade; in reckless disregard for the safety of Agent M.E. in violation of Title 18, United States Code, Section 32(a)(5).

A TRUE BILL

/S/

FOREPERSON OF THE GRAND JURY
Dated: 11/25/2025

REDACTED FOR PUBLIC DISCLOSURE

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/S/

AUSTIN L. FENWICK
Assistant U.S. Attorney

*United States of America v. Oswaldo Ajqui-Ruiz*
*Indictment Page 3 of 3*